IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICTOF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:18-cv-04177-NKL |
| | ) | |
| FOURTEEN MISCELLANEOUS | ) | |
| FIREARMS, | ) | |
| | ) | |
| MISCELLNEOUS ROUNDS OF | ) | |
| AMMUNITION, | ) | |
| | ) | |
| Defendants. | ) | |

## STATUS REPORT

COMES NOW Defendants and claimant Robert E. Bacon, by and through

counsel Brydon Swearengen & England P.C. and file this status report pursuant to

order of the court entered September 5, 2018 (D.E. 5). Defendants and claimant

state:

1.    The United States of America has filed its Complaint for Forfeiture in the

above-styled case seeking the forfeiture of firearms and ammunition seized

on or about May 4, 2018.

2.    No criminal charges have been filed in connection with the forfeiture of the

firearms and ammunition seized on or about May 4, 2018; however, there

have been discussions with Mr. Jim Lynn, Assistant United States Attorney

regarding a disposition. Mr. Lynn has advised that he has been unable to prepare the documents because of other commitments.

3.     The continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related investigation or case.

4.     Continuation of the court's stay order is requested.

5.     Claimant further requests that the court enter an order to preserve the value of the property and protect the claimant's rights pursuant to 18 U.S.C. §981(g)(6).

WHEREFORE, Defendants and claimant Robert Bacon pray that the Court enter its Order continuing the stay of the forfeiture action, entering its order to preserve the value of the property and protect claimant's rights, and for such other relief as the court deems just and proper in the interest of justice.

Respectfully submitted,

BRYDON SWEARENGEN & ENGLAND P.C.
By:

 /s/ Scott A. Hamblin
Scott A. Hamblin                    #48704
312 East Capitol Avenue
P. O. Box 456
Jefferson City, Missouri  65102-0456
Phone: (573) 635-7166
Fax:   (573) 635-3847 (facsimile)
Email: scotthamblin@brydonlaw.com
Attorney for Defendants and Claimant

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was sent by electronic case filing to all counsel of record on this 10th day of December, 2018.


 /s/ Scott A. Hamblin