# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FOURTEEN MISCELLANEOUS FIREARMS, <br><br> MISCELLANEOUS ROUNDS OF AMMUNITION, <br><br> Defendants. | Case No. 18-04177-CV-C-NKL |

## JOINT RESPONSE TO MOTION TO STAY FILED DECEMBER 10, 2018

On December 10, 2018, claimant Robert Bacon moved the court to stay this civil forfeiture action until the conclusion of a related criminal investigation on the ground that continuation of these civil proceedings would burden claimant Bacon's right against self-incrimination in the related criminal matter. Thereafter, the Court ordered the parties to set deadlines as to the requested stay.

The United States has no objection to a continuance in this civil forfeiture action. The parties proposes a 120-day stay of these proceedings. Once the stay is lifted, claimant Robert Bacon will file his answer within fourteen days.

WHEREFORE, the parties requests that the Court continue the stay in this civil forfeiture action to April 18, 2019, with an Answer due 14 days thereafter.

Respectfully submitted,

Timothy A. Garrison
United States Attorney

By
 */s/ Stacey Perkins Rock*
Stacey Perkins Rock, #66141
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 E. 9th Street, Fifth Floor
Kansas City, Missouri 64l06
Telephone: (8l6) 426-7173
Attorney for the United States

 */s/ Scott Hamblin*
Scott Hamblin, Attorney for Claimant
Robert Bacon
Brydon Swearengin & England P.C.
312 E. Capitol Avenue
P.O. Box 456
Jefferson City, Missouri 65102
Attorney for Claimant Robert Bacon