# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FOURTEEN MISCELLANEOUS FIREARMS,<br><br>MISCELLANEOUS ROUNDS OF AMMUNITION, et al.,<br><br>    Defendants. | Case No. 2:18-cv-04177-NKL |

## ORDER

On August 29, 2018, a verified Complaint for Forfeiture in Rem was filed on behalf of the plaintiff, United States of America, against the defendant properties. The complaint alleges that the defendant properties constituted property involved in or used in a knowing violation of 18 U.S.C. § 922(a)(1)(A), that is a person engaged in the business of dealing in firearms without a license.

Process was fully issued in this action and returned according to law. Pursuant to a warrant for arrest of property issued by this Court, the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives arrested said properties on October 2, 2018. Doc. 9. The following known potential claimant was served the Notice of Complaint and Complaint for Forfeiture In Rem and has acknowledged service thereof:

    Robert Bacon
    c/o Scott A. Hamblin
    Brydon, Swearengen & England
    312 East Capitol Avenue
    P.O. Box 456
    Jefferson City, Missouri 65102

Any and all other potential claimants have been notified of the action and of their rights to assert a claim for the defendant properties by publication for thirty consecutive days beginning on August 31, 2018, and ending on September 29, 2018, on the official government internet site, www.forfeiture.gov, which publication is evidenced by a Declaration of Publication on file with this Court.  Doc. 11.

The United States and the claimant entered into a stipulation, Doc. 12-2, which is hereby APPROVED as submitted.  Pursuant to the stipulation, claimant Robert Bacon agrees to the forfeiture of the defendant properties.  No other claims for the defendant properties have been filed, and the time within which such claims must have been filed has expired.

Now, therefore, on the motion of the plaintiff United States of America for a judgment of forfeiture, it is hereby ORDERED that:

(1)  plaintiff's motion for judgment of forfeiture is granted, and the defendant properties are hereby forfeited to the United States pursuant to 18 U.S.C. § 924 to be disposed of according to law;

(2) all persons claiming any right, title, or interest in or to the defendant properties are held in default;

(3) all claims and interests in the defendant properties, except as provided herein, are forever foreclosed and barred;

(4) each party will bear their own costs;

(5) the Clerk of the Court shall enter a judgment consistent with this order.

s/ Nanette K. Laughrey  
NANETTE K. LAUGHREY  
United States District Judge

Dated:  May 2, 2019  
Jefferson City, Missouri